UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:22-CV-01001-CCE-LPA

| | |
|---|---|
| G.D., by and through his next friend, S.G., <br><br> Plaintiff, <br><br> v. <br><br> Kannapolis City Schools Board of Education, Madison Peele, in her official and individual capacity, and Joshua Sain, in his official and individual capacity, <br><br> Defendants. | **DEFENDANT KANNAPOLIS CITY SCHOOLS BOARD OF EDUCATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendant Kannapolis City Schools Board of Education (the "Board"), pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, respectfully moves this Court for entry of judgment in its favor on Plaintiff's claims for non-contractual damages under Title IX.

In support of its motion, the Board states that there is no genuine issue of material fact and that it is entitled to judgment as a matter of law on these claims. The reasons supporting the Board's motion are set out in more detail in its supporting memorandum filed contemporaneously.

WHEREFORE, Defendant Kannapolis City Schools Board of Education respectfully requests the Court grant its Motion for Partial Summary

Judgment and dismiss Plaintiff's claims for non-contractual damages under Title IX.

Respectfully submitted the 17th day of January 2024.

                        **POYNER SPRUILL LLP**

                By:  /s/ Stephanie L. Gumm
                     Stephanie L. Gumm
                     N.C. State Bar No. 53485
                     sgumm@poynerspruill.com
                     P.O. Box 1801
                     Raleigh, NC 27602-1801
                     Tel: (919) 783-2819
                     Fax: (919) 783-1075
                     *Attorneys for Defendant Kannapolis City Schools Board of Education*

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 17th day of January 2024.

/s/ Stephanie L. Gumm
Stephanie L. Gumm